UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

- against -

JEFFREY TAVAREZ,

Defendant.
-----------------------------------------------------------x

**ORDER**

No. 26-CR-340 (CS)

Seibel, J.

Defendant Jeffrey Tavarez is scheduled to appear for a conference on October 28, 2026, but the United States Marshals Service informed the Court today that while the Marshals were coordinating Defendant's transportation to the courthouse, Defendant indicated that he refused to appear for the conference. Obviously a court appearance in a criminal case is not optional, but the Court is reluctant to authorize the use of force without giving Defendant an opportunity to reconsider. The Court adjourns the conference to November 2, 2026 at 11:30 a.m. If Defendant again refuses to cooperate with his transportation, the Marshals are permitted to use reasonable force as necessary to bring him to and from Court.

Accordingly, the October 28, 2026 conference is adjourned. The United States Marshals Service is requested to produce Defendant Jeffrey Tavarez to Courtroom 621, 300 Quarropas Street, White Plains, New York on November 2 at 11:30 a.m. In the event Defendant refuses to leave the facility where he is housed, refuses to return to that facility, or refuses to comply with any appropriate rules, directives, or procedures of the U.S. Marshals Service and those working with the Marshals Service, including any county correctional officials, regarding his

transportation to and from court, the Marshals and those working with Marshals Service may use such force as is reasonably necessary to bring Defendant to and from Court.

**SO ORDERED.**

Dated: October 27, 2026
White Plains, New York

Cathy Seibel
CATHY SEIBEL, U.S.D.J.